**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRISTOPHER BUCKENBERGER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-856** |
| **WALTER REED, DA, ET AL.** | **SECTION: "J"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED** as malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).  **IT IS FURTHER ORDERED** that the dismissal is without prejudice to plaintiff pursuing, or, if necessary, seeking leave to pursue, his claims in Civil Action No. 06-7393 "F"(3).

New Orleans, Louisiana, this _14th_ day of _____April_____, 2010.

_____
United States District Judge