UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER BUCKENBERGER                    CIVIL ACTION

VERSUS                                      NO: 10-856

WALTER REED, DA, ET AL                      SECTION: J(3)

## ORDER

Having considered Plaintiff's **Motion for Reconsideration (Rec. Doc. 11)**, as well as Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge (Rec. Docs. 4 & 5),

**IT IS ORDERED** that this Court's Order, adopting the Report and Recommendation of the United States Magistrate Judge as its opinion in this matter, stands.

Accordingly, **IT IS ORDERED** that plaintiff's complaint is **DISMISSED** as malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).  **IT IS FURTHER ORDERED** that the dismissal is without prejudice to plaintiff pursuing, or, if necessary, seeking leave to pursue, his claims in Civil Action No. 06-7393 "F"(3).

New Orleans, Louisiana, this  6th  day of _____May_____, 2010.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE